People v Richardson (2025 NY Slip Op 01323)

People v Richardson

2025 NY Slip Op 01323

Decided on March 11, 2025

Appellate Division, First Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided and Entered: March 11, 2025

Before: Webber, J.P., Kapnick, González, Scarpulla, Michael, JJ. 

Ind. No. 5627/13|Appeal No. 3863|Case No. 2015-02679|

[*1]The People of the State of New York, Respondent,
v
Dane Richardson, Defendant-Appellant.

Twyla Carter, The Legal Aid Society, New York (Frank Xiao of counsel), for appellant.
Alvin L. Bragg, Jr., District Attorney, New York (Jamie Masten of counsel), for respondent.

Judgment, Supreme Court, New York County (Anthony Ferrara, J.), rendered August 27, 2015, convicting defendant, after a jury trial, of criminal possession of a controlled substance in the fourth degree, and sentencing him, as a second felony drug offender with a prior violent felony offense, to a term of four years, unanimously affirmed.
The verdict was not against the weight of the evidence (People v Danielson, 9 NY3d 342, 348-349 [2007]; see also People v Baque, __ NY3d __, 2024 NY Slip Op 05244 [2024]). The credible evidence established that defendant, while being processed at a housing facility on Rikers Island, was discovered to have secreted a plastic bag containing cocaine in his rectum. There is no basis for disturbing the jury's credibility determinations. 
THIS CONSTITUTES THE DECISION AND ORDER OF THE SUPREME COURT, APPELLATE DIVISION, FIRST DEPARTMENT.
ENTERED: March 11, 2025